# UNITED STATES DISTRICT COURT
# DISTRICT OF MASACHUSETTS

**Civil Action No. 2009-cv-11510**

| | |
|---|---|
| **JIN-MING LIN** and **CHI-WAICHAO**, | ) |
| On behalf of themselves and on | ) |
| Behalf of others similarly situated, | ) |
|    **Plaintiffs** | ) |
| v. | ) |
| | ) |
| **CHINATOWN RESTAURANT CORP.**, | ) |
| **JOYCE P.Y. HAYES**, and | ) |
| **WILLIAM M. WAINWRIGHT** | ) |
|    **Defendants** | ) |

## AGENDA FOR PRETIAL CONFERENCE

**1**.   Ruling on differences in scheduling between Plaintiffs' proposals and Defendants' proposals and adoption of order.

**2**.   Setting a date for hearing of Defendant Wainwright's motion to dismiss.

| */s/David Berman* | */s/ Lawrence M. Siskind* | */s/Myong J. Joun* |
|---|---|---|
| **David Berman** | **Lawrence M. Siskind** | **Myong J. Joun** |
| BBO No. 040060 | BBO No. 465180 | BBO No. 645099 |
| 100 George P. Hassett Drive | Siskind & Siskind | Joun Law Office |
| Medford, MA 02155-3297 | 360 Belmont Street | 420 Harvard Street |
| Tel: (781) 395-7520 | Brockton, MA 02301 | Brookline, MA 02446 |
| Fax: (781) 395-9658 | Tel: (508) 588-5015 | Tel: (617) 304-6186 |
| davidberman2@verizon.net | Fax: (508) 588-5019 | Fax: (866) 551-4983 |
| | lawrence@siskindlaw.com | mjoun@massrights.com |

*October 30th 2009*