UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIN MING LIN, CHI WAI CHAO, YOOK THAI CHEAH, MING F. FUNG, MUOI GIANG, YUEN YUE SOOHOO, and MEI ZHI, <br><br> Plaintiffs, <br> v. <br><br> CHINATOWN RESTAURANT CORP., and JOYCE P.Y. HAYES, <br><br> Defendants. | Civil Action No. 09-11510-GAO |

**ASSENTED-TO MOTION TO FILE FIRST AMENDED COMPLAINT**

As agreed to by the parties at the June 4, 2012 conference with the Court, plaintiffs hereby files the attached First Amended Complaint in place of the Complaint in this case.

                                                 RESPECTFULLY SUBMITTED,
                                                 **For Plaintiffs**
                                                 By their attorneys,

| | |
|---|---|
| */s/ Myong J. Joun* | */s/ Jeffrey Wiesner* |
| Myong J. Joun | Jeffrey Wiesner |
| BBO No. 645099 | BBO No. 655814 |
| Joun Law Office | Stern, Shapiro, Weissberg & Garin, LLP |
| 491 Massachusetts Ave., Suite 208 | 90 Canal Street, Suite 500 |
| Arlington, Massachusetts 02474 | Boston, MA 02114-2022 |
| Tel.: (617) 304-6186 | Tel.: (617) 742-5800 |
| Fax: (866) 551-4983 | Fax: (617) 742-5858 |
| Email: mjoun@massrights.com | Email: jwiesner@sswg.com |

ASSENTED TO:

| | |
|---|---|
| **For Defendant Chinatown Restaurant Corp.**, <br> By their attorney, <br><br> _/s/ David Berman_ <br> David Berman <br> BBO No. 040060 <br> 100 George P. Hassett Drive <br> Medford, MA 02155-3297 <br> Tel: (781) 395-7520 <br> Fax: (781) 395-9658 <br> davidberman2@verizon.net | **For Defendant Joyce P.Y. Hayes**, <br> By her attorney, <br><br> _/s/ Lawrence M. Siskind_ <br> Lawrence M. Siskind <br> BBO No. 465180 <br> Siskind & Siskind <br> 360 Belmont Street <br> Brockton, MA 02301 <br> Tel.: (508) 588-5015 <br> Fax: (508) 588-5019 <br> lawrence@siskindlaw.com |

Dated: September 25, 2012

| **CERTIFICATE OF SERVICE** | **CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)** |
|---|---|
| I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF. <br><br> Date: 9/25/2012   _/s/Myong J. Joun_ <br>             Myong J. Joun | Pursuant to L.R. 7.1(A)(2), I certify that I have conferred in good faith with counsel for the defendant in an attempt to resolve the issue that is the subject of the accompanying motion. <br><br> Date: 9/25/2012    _/s/ Myong J. Joun_ <br>             Myong J. Joun |