UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIN MING LIN, CHI WAI CHAO, YOOK THAI CHEAH, MING F. FUNG, MUOI GIANG, YUEN YUE SOOHOO, and MEI ZHI, <br><br>  Plaintiffs, <br> v. <br><br> CHINATOWN RESTAURANT CORP., and JOYCE P.Y. HAYES, <br><br>  Defendants. | Civil Action No. 09-11510-GAO |

**PLAINTIFFS' MOTION IN LIMINE
TO PRECLUDE REFERENCES TO ATTORNEY FEES AND COSTS
AND LIQUIDATED DAMAGES**

Plaintiffs move this Honorable Court to preclude Defendants from making any reference to attorney fees, costs and/or liquidated damages pursuant to 29 U.S.C. 216(b) or otherwise should be excluded under Rule 403 of the Federal Rules of Evidence as the probative value is substantially outweighed by the danger of unfair prejudice and confusion of the issues that it would create in this FLSA matter.

Referencing attorney fees, costs or liquidated damages has absolutely no probative value and can only possibly be used to unfairly prejudice the jury. As such, any reference to attorney fees, costs or liquidated damages at trial should be excluded.

Moreover, liquidated damages, fees and costs are determined by the Court post-trial and the jury has no need to hear about them.

1

RESPECTFULLY SUBMITTED,

**For Plaintiffs**
By their attorneys,

 */s/ Myong J. Joun*
Myong J. Joun
BBO No. 645099
Joun Law Office
491 Massachusetts Ave., Suite 208
Arlington, Massachusetts 02474
Tel.: (617) 304-6186
Fax: (866) 551-4983
Email: mjoun@massrights.com


 */s/ Jeffrey Wiesner*
Jeffrey Wiesner
BBO No. 655814
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
Tel.: (617) 742-5800
Fax: (617) 742-5858
Email: jwiesner@sswg.com

Dated: October 19, 2012

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date: 10/19/2012     */s/Myong J. Joun*
                Myong J. Joun