UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JIN MING LIN, CHI WAI CHAO, YOOK THAI CHEAH, MING F. FUNG, MUOI GIANG, YUEN YUE SOOHOO, and MEI ZHI, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 09-11510-GAO |
| v. | ) ) | |
| CHINATOWN RESTAURANT CORP., and JOYCE P.Y. HAYES, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION IN LIMINE
TO PRECLUDE DOCUMENTS NOT PRODUCED IN DISCOVERY**

Plaintiffs move this Honorable Court to preclude Defendants from attempting to introduce any documents that have not been produced in discovery.

Plaintiffs sought all records concerning the scheduling of employees as well as those concerning actual hours worked by employees. Defendants have to date claimed that none exist. Plaintiffs also sought all records related to payment of wages to Defendants' employees. Although much has been produced in this regard, there are huge gaps of records missing. In response to plaintiffs' counsel's specific requests for these missing records, defendants' counsel responded that "intensive" efforts were made to locate these documents but that defendants were not able to find them and that they could not produce documents that do not exist.

Defendants should be precluded from attempting to introduce any documents that were not produced in discovery. Further, the Defendants should be precluded from arguing that the plaintiffs cannot prove certain damages due to this gap in pay documents.

1

RESPECTFULLY SUBMITTED,

**For Plaintiffs**
By their attorneys,

 /s/ Myong J. Joun
Myong J. Joun
BBO No. 645099
Joun Law Office
491 Massachusetts Ave., Suite 208
Arlington, Massachusetts 02474
Tel.: (617) 304-6186
Fax: (866) 551-4983
Email: mjoun@massrights.com


 /s/ Jeffrey Wiesner
Jeffrey Wiesner
BBO No. 655814
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
Tel.: (617) 742-5800
Fax: (617) 742-5858
Email: jwiesner@sswg.com

Dated: October 19, 2012

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date: 10/19/2012    /s/Myong J. Joun
         Myong J. Joun