UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JIN MING LIN, CHI WAI CHAO, YOOK THAI CHEAH, MING F. FUNG, MUOI GIANG, YUEN YUE SOOHOO, and MEI ZHI, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 09-11510-GAO |
| v. | ) ) | |
| CHINATOWN RESTAURANT CORP., and JOYCE P.Y. HAYES, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION IN LIMINE
TO PRECLUDE "GENEROUS" HOURLY RATE ARGUMENT**

Plaintiffs move this Honorable Court to preclude Defendants from arguing at trial either that plaintiffs received a fair hourly rate of pay or "generous" hourly rate of pay or that these workers were fortunate enough to have a job. This case is about whether Defendants paid Plaintiffs all their wages. This case is not about whether a $12/hr or a $15/hr rate of pay was "more than generous."

Such evidence is irrelevant and prejudicial; thus, it should be excluded. These topics are irrelevant and only serve to improperly prejudice the jury for the argument that the higher-than-minimum-wage rate would or should somehow "offset" the unpaid wages.

Actual wage rates will be evidence solely for purpose of calculating damages; but any reference to Plaintiffs' pay being above minimum wage should be prohibited.

1

RESPECTFULLY SUBMITTED,
**For Plaintiffs**
By their attorneys,

 */s/ Myong J. Joun*
Myong J. Joun
BBO No. 645099
Joun Law Office
491 Massachusetts Ave., Suite 208
Arlington, Massachusetts 02474
Tel.: (617) 304-6186
Fax: (866) 551-4983
Email: mjoun@massrights.com


 */s/ Jeffrey Wiesner*
Jeffrey Wiesner
BBO No. 655814
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
Tel.: (617) 742-5800
Fax: (617) 742-5858
Email: jwiesner@sswg.com

Dated: October 19, 2012

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date: 10/19/2012    */s/Myong J. Joun*
                    Myong J. Joun