# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| JIN MING LIN, CHI WAI CHAO, YOOK THAI CHEAH, MING F. FUNG, MUOI GIANG, YUEN YUE SOOHOO, and MEI ZHI, <br><br> Plaintiffs, <br> v. <br><br> CHINATOWN RESTAURANT CORP., and JOYCE P.Y. HAYES, <br><br> Defendants. | Civil Action No. 09-11510-GAO |

## PLAINTIFFS' MOTION IN LIMINE
## TO PRECLUDE POSSIBLE CONSEQUENCES OF VERDICT

Plaintiffs move this Honorable Court to preclude Defendants from making any references or argument at trial to the possibility that Defendants would have to lay off workers, or that the Restaurant would be unprofitable, or that Defendants may have to file for bankruptcy if Plaintiffs are victorious.

The jury should not be in a position of choosing to follow the Court's instructions on the law, or defying the law to preserve a company's hypothetical future profitability. Such evidence would be not only be purely speculative but it is also irrelevant and unduly prejudicial, and should be excluded under F.R.E. 402 and 403.

RESPECTFULLY SUBMITTED,
**For Plaintiffs**
By their attorneys,


 */s/ Myong J. Joun*
Myong J. Joun
BBO No. 645099
Joun Law Office
491 Massachusetts Ave., Suite 208
Arlington, Massachusetts 02474
Tel.: (617) 304-6186
Fax: (866) 551-4983
Email: mjoun@massrights.com


 */s/ Jeffrey Wiesner*
Jeffrey Wiesner
BBO No. 655814
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
Tel.: (617) 742-5800
Fax: (617) 742-5858
Email: jwiesner@sswg.com

Dated: October 19, 2012

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date: 10/19/2012     */s/Myong J. Joun*
                Myong J. Joun