UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIN MING LIN, CHI WAI CHAO, YOOK THAI CHEAH, MING F. FUNG, MUOI GIANG, YUEN YUE SOOHOO, and MEI ZHI, <br><br> Plaintiffs, <br> v. <br><br> CHINATOWN RESTAURANT CORP., and JOYCE P.Y. HAYES, <br><br> Defendants. | Civil Action No. 09-11510-GAO |

## PLAINTIFFS' MOTION IN LIMINE
## TO PRECLUDE EVIDENCE OF OTHER LAWSUITS

Defendants will likely introduce evidence that one former employee, a waitress named Bao Li, had filed a small claims action for unpaid wages against Defendants and that the employee lost. Because Bao Li is not a party to this action and because the jury in this case will be required to make an independent determination of the issues in this case, the Court should preclude reference to the *Bao Li* litigation. Evidence of this prior litigation is wholly irrelevant to the strict liability questions regarding the unpaid wages claim in this case.

Unquestionably, such evidence has the potential to suggest to a jury that disputes over liability and damages have already been decided in prior litigation, or at the very least improperly influence a jury by suggesting which side has prevailed in the past.

Any mentioning or referencing of the *Bao Li* litigation should be precluded because it is irrelevant, unduly prejudicial, confusing, and inappropriate with regard to the jury's liability and damages determinations.

1

RESPECTFULLY SUBMITTED,

**For Plaintiffs**
By their attorneys,

 /s/ Myong J. Joun
Myong J. Joun
BBO No. 645099
Joun Law Office
491 Massachusetts Ave., Suite 208
Arlington, Massachusetts 02474
Tel.: (617) 304-6186
Fax: (866) 551-4983
Email: mjoun@massrights.com


 /s/ Jeffrey Wiesner
Jeffrey Wiesner
BBO No. 655814
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
Tel.: (617) 742-5800
Fax: (617) 742-5858
Email: jwiesner@sswg.com

Dated: October 19, 2012

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date: 10/19/2012    /s/Myong J. Joun
                    Myong J. Joun