UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIN MING LIN, CHI WAI CHAO, YOOK THAI CHEAH, MING F. FUNG, MUOI GIANG, YUEN YUE SOOHOO, and MEI ZHI, <br><br> Plaintiffs, <br> v. <br><br> CHINATOWN RESTAURANT CORP., and JOYCE P.Y. HAYES, <br><br> Defendants. | Civil Action No. 09-11510-GAO |

**PLAINTIFFS' MOTION IN LIMINE
TO PRECLUDE EVIDENCE THAT WORKERS ARE PAID FOR "DOWN TIME"**

During the course of a day at the Restaurant, there are occasional times when no customers are in the restaurant and there are no take-out orders. Additionally, some workers occasionally need to use the restroom during their workday. When these events occur, the worker remains on duty and is paid as legally required. *IBP, Inc. v. Alvarez*, 546 U.S. 21, 37 (2005) (holding that "continuous workday" demarcates compensable time); 29 C.F.R. § 785.15 ("[f]or example, a repair man is working while he waits for his employer to get the premises in readiness…"). There is no legitimate legal argument that such paid "down" time or off-line time is uncompensable or that it may offset unpaid hours.

This evidence and these arguments are irrelevant and only serve to unfairly prejudice the jury and distract them from the evidence relevant to the disputed material facts, and should be excluded under F.R.E. 402 and 403.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
|  | **For Plaintiffs**<br>By their attorneys, |
|  | _/s/ Myong J. Joun_<br>Myong J. Joun<br>BBO No. 645099<br>Joun Law Office<br>491 Massachusetts Ave., Suite 208<br>Arlington, Massachusetts 02474<br>Tel.: (617) 304-6186<br>Fax: (866) 551-4983<br>Email: mjoun@massrights.com |
| Dated: October 19, 2012 |  |
|  | _/s/ Jeffrey Wiesner_<br>Jeffrey Wiesner<br>BBO No. 655814<br>Stern, Shapiro, Weissberg & Garin, LLP<br>90 Canal Street, Suite 500<br>Boston, MA 02114-2022<br>Tel.: (617) 742-5800<br>Fax: (617) 742-5858<br>Email: jwiesner@sswg.com |

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date: 10/19/2012   _/s/Myong J. Joun_
                   Myong J. Joun