UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIN MING LIN, CHI WAI CHAO, YOOK THAI CHEAH, MING F. FUNG, MUOI GIANG, YUEN YUE SOOHOO, and MEI ZHI,<br><br>     Plaintiffs,<br>v.<br><br>CHINATOWN RESTAURANT CORP., and JOYCE P.Y. HAYES,<br><br>     Defendants. | Civil Action No. 09-11510-GAO |

### PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

Plaintiffs respectfully submit the following *special* voir dire questions:

1. Are you an employee that is paid hourly?

2. Are you a salaried employee?

3. At your place of employment, is overtime not allowed or non-existent?

4. Do you believe being paid a fixed salary if you work significant overtime is fair?

5. Do you have any bias or do you take issue with a person who sues someone for money to which she or he believes to be entitled?

6. Do you or any close relative own any type of business?

7. Do you or any close relative own a restaurant, event or catering business?

8. If so, does the business pay its employees hourly or salary?

9. Has any employee ever every brought any type of legal action against you or the business?

10. Have you ever been sued civilly (that is, for money)?

11. Have you ever sued any person(s) or businesses civilly (that is, for money)?

RESPECTFULLY SUBMITTED,

**For Plaintiffs**
By their attorneys,

 */s/ Myong J. Joun*
Myong J. Joun
BBO No. 645099
Joun Law Office
491 Massachusetts Ave., Suite 208
Arlington, Massachusetts 02474
Tel.: (617) 304-6186
Fax: (866) 551-4983
Email: mjoun@massrights.com


 */s/ Jeffrey Wiesner*
Jeffrey Wiesner
BBO No. 655814
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
Tel.: (617) 742-5800
Fax: (617) 742-5858
Email: jwiesner@sswg.com

Dated: October 21, 2012

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date: 10/21/2012    */s/Myong J. Joun*
                     Myong J. Joun

2