## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
)
JIN MING LIN, CHI WAI CHAO,                )
YOOK THAI CHEAH, MING F. FUNG,       )
MUOI GIANG, YUEN YUE SOOHOO,       )
and MEI ZHI,                                           )
                                                               )
      Plaintiffs,                                  )          Civil Action No. 09-11510-GAO
v.                                                             )
                                                               )
CHINATOWN RESTAURANT CORP.,           )
and JOYCE P.Y. HAYES,                        )
                                                               )
      Defendants.                                )
_____)

## PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM

**Plaintiff LIN**:

1. Do you find from a preponderance of the evidence that Plaintiff LIN worked overtime for which he is entitled to receive compensation? [*Answer "Yes" or "No."*]

    Answer: _____.

[*If you answered NO to Question 1 above, skip to Question 3. If you answered YES to Question 1, proceed to Question 2 below.*]

2. What amount of compensation is Plaintiff LIN entitled to receive?

    Amount: $_____.

**Plaintiff CHAO**:

3. Do you find from a preponderance of the evidence that Plaintiff CHAO worked overtime for which he is entitled to receive compensation? [*Answer "Yes" or "No."*]

    Answer: _____.

*[If you answered NO to Question 3 above, skip to Question 5. If you answered YES to Question 3, proceed to Question 4 below.]*

4.  What amount of compensation is Plaintiff CHAO entitled to receive?

    Amount: $_____.

**Plaintiff CHEAH**:

5.  Do you find from a preponderance of the evidence that Plaintiff CHEAH worked overtime for which she is entitled to receive compensation? [*Answer "Yes" or "No."*]

    Answer: _____.

*[If you answered NO to Question 5 above, skip to Question 7. If you answered YES to Question 5, proceed to Question 6 below.]*

6.  What amount of compensation is Plaintiff CHEAH entitled to receive?

    Amount: $_____.

**Plaintiff FUNG**:

7.  Do you find from a preponderance of the evidence that Plaintiff FUNG worked overtime for which he is entitled to receive compensation? [*Answer "Yes" or "No."*]

    Answer: _____.

*[If you answered NO to Question 7 above, skip to Question 9. If you answered YES to Question 7, proceed to Question 8 below.]*

8.  What amount of compensation is Plaintiff FUNG entitled to receive?

    Amount: $_____.

**Plaintiff GIANG**:

9.  Do you find from a preponderance of the evidence that Plaintiff GIANG worked overtime for which he is entitled to receive compensation? [*Answer "Yes" or "No."*]

    Answer: _____.

[*If you answered NO to Question 9 above, skip to Question 11. If you answered YES to Question 9, proceed to Question 10 below.*]

10. What amount of compensation is Plaintiff GIANG entitled to receive?

    Amount: $_____.

**Plaintiff SOOHOO**:

11. Do you find from a preponderance of the evidence that Plaintiff SOOHOO worked overtime for which he is entitled to receive compensation? [*Answer "Yes" or "No."*]

    Answer: _____.

[*If you answered NO to Question 11 above, skip to Question 13. If you answered YES to Question 11, proceed to Question 12 below.*]

12. What amount of compensation is Plaintiff SOOHOO entitled to receive?

    Amount: $_____.

**Plaintiff ZHI**:

13. Do you find from a preponderance of the evidence that Plaintiff ZHI worked overtime for which he is entitled to receive compensation? [*Answer "Yes" or "No."*]

    Answer: _____.

[*If you answered NO to Question 13 above, skip to Question 15. If you answered YES to Question 13, proceed to Question 14 below.*]

14. What amount of compensation is Plaintiff ZHI entitled to receive?

Amount: $_____.


**Questions Applicable to ALL PLAINTIFFS**:

[*Answer Questions 15 and 16 only if you answered YES to any of the Questions above.*]

15. In failing to pay Plaintiffs for overtime hours, did Defendants act willfully, meaning did they know or show deliberate disregard for whether or not they violated the overtime requirements of the Fair Labor Standards Act? [*Answer "Yes" or "No."*]

Answer: _____.


16. Do you award interest on the above-stated awards? [*Answer "Yes" or "No."*]

Answer: _____.


Date _____          Foreperson_____

RESPECTFULLY SUBMITTED,

**For Plaintiffs**
By their attorneys,


 /s/ Myong J. Joun
Myong J. Joun
BBO No. 645099
Joun Law Office
491 Massachusetts Ave., Suite 208
Arlington, Massachusetts 02474
Tel.: (617) 304-6186
Fax: (866) 551-4983
Email: mjoun@massrights.com


 /s/ Jeffrey Wiesner
Jeffrey Wiesner
BBO No. 655814
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
Tel.: (617) 742-5800
Fax: (617) 742-5858
Email: jwiesner@sswg.com


 Dated: October 21, 2012



**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of
the above document to be served upon the
attorney of record for all parties via CM/ECF.


Date: 10/21/2012    /s/Myong J. Joun
                 Myong J. Joun