UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIN MING LIN, CHI WAI CHAO, YOOK THAI CHEAH, MING F. FUNG, MUOI GIANG, YUEN YUE SOOHOO, and MEI ZHI,<br><br>    Plaintiffs,<br>v.<br><br>CHINATOWN RESTAURANT CORP., and JOYCE P.Y. HAYES,<br><br>    Defendants. | Civil Action No. 09-11510-GAO |

## MOTION FOR LEAVE TO AMEND COMPLAINT
## TO ADD TRUSTEE PROCESS PARTY

Pursuant to Fed.R.Civ.P. 15, Plaintiffs hereby move this Court to amend the First Amended Complaint to add trustee process party Sovereign Bank, N.A. In support of this Motion Plaintiffs state that amending the Complaint is necessary in order to allow Plaintiffs to secure their judgment in this case by attaching assets of the defendant Joyce Hayes.

1

RESPECTFULLY SUBMITTED,
**For Plaintiffs**
By their attorneys,

  /s/ Myong J. Joun                    /s/ Jeffrey Wiesner         
Myong J. Joun                       Jeffrey Wiesner
BBO No. 645099                      BBO No. 655814
Joun Law Office                     Stern, Shapiro, Weissberg & Garin, LLP
491 Massachusetts Ave., Suite 208   90 Canal Street, Suite 500
Arlington, Massachusetts 02474      Boston, MA 02114-2022
Tel.: (617) 304-6186                Tel.: (617) 742-5800
Fax: (866) 551-4983                 Fax: (617) 742-5858
Email: mjoun@massrights.com         Email: jwiesner@sswg.com

Dated: October 31, 2012

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CMF/ECF.

Date: 10/31/2012    /s/ Myong J. Joun
                    Myong J. Joun