UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JIN MING LIN, CHI WAI CHAO, YOOK THAI CHEAH, MING F. FUNG, MUOI GIANG, YUEN YUE SOOHOO, and MEI ZHI,<br><br>　　　　Plaintiffs,<br>v.<br><br>CHINATOWN RESTAURANT CORP., and JOYCE P.Y. HAYES,<br><br>　　　　Defendants. | Civil Action No. 09-11510-GAO |

## PLAINTIFFS' MOTION FOR TRUSTEE PROCESS AND REAL ESTATE ATTACHMENT

### I.　INTRODUCTION

Plaintiffs, pursuant to Fed.R.Civ.P. 64 move this Court to approve a general real estate attachment of Defendant Joyce P.Y. Hayes' ("Defendant Hayes") real property located in Norfolk County, Massachusetts, and for an attachment by trustee process of Defendant Hayes's bank accounts at Sovereign Bank, N.A. in order to satisfy the judgment in this action.

Rule 64 governs the procedure for attachment. The rule provides that "throughout an action, every remedy is available that, under the law of the state where the court is located, provides for seizing a person or property to secure satisfaction of the potential judgment." Fed.R.Civ.P. 64(a). Mass.R.Civ.P. 4.1 and 4.2 provides for attachment of real property and trustee process attachment.

**A. Real Property Of Defendant Hayes to be Attached**

1

Real property located in Norfolk County for which Defendant Hayes has an ownership interest up to the amount of $200,000.

**B. Property to be Attached by Trustee Process**

1. All bank accounts in Defendant Hayes' name at Sovereign Bank N.A. in the amount of $200,000.

**CONCLUSION**

1. Order a general real estate attachment over real property for which defendant Hayes has an ownership interest in Norfolk County in the amount of $200,000.

2. Order an attachment by Trustee Process of Defendant Hayes' accounts at Sovereign Bank, N.A. in the amount of $200,000.

RESPECTFULLY SUBMITTED,
**For Plaintiffs**
By their attorneys,

 */s/ Myong J. Joun*  
Myong J. Joun  
BBO No. 645099  
Joun Law Office  
491 Massachusetts Ave., Suite 208  
Arlington, Massachusetts 02474  
Tel.: (617) 304-6186  
Fax: (866) 551-4983  
Email: mjoun@massrights.com  

 */s/ Jeffrey Wiesner*  
Jeffrey Wiesner  
BBO No. 655814  
Stern, Shapiro, Weissberg & Garin, LLP  
90 Canal Street, Suite 500  
Boston, MA 02114-2022  
Tel.: (617) 742-5800  
Fax: (617) 742-5858  
Email: jwiesner@sswg.com  

Dated: October 31, 2012

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CMF/ECF.

Date: 10/31/2012   /s/ Myong J. Joun
                        Myong J. Joun