UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11510-GAO

JIN MING LIN, CHI WAI CHAO, YOOK THAI CHEAH, MING F. FUNG,
MUOI GIANG, and YUEN YUE SOOHOO,
Plaintiffs,

v.

CHINATOWN RESTAURANT CORP. and JOYCE P.Y. HAYES,
Defendants.

## VERDICT

O'TOOLE, D.J.

1. <u>Jin Ming Lin</u>

    a. Has the plaintiff Jin Ming Lin proved by a preponderance of the evidence that the defendant Chinatown Restaurant Corporation owes him overtime compensation?

    YES __X__          NO _____

    If your answer is YES, please proceed to Part b.

    If your answer is NO, please skip to Question No. 2.

    b. What amount of compensation is the plaintiff Jin Ming Lin entitled to receive?

    $ __6,000.00__

2. <u>Chi Wai Chao</u>

   a. Has the plaintiff Chi Wai Chao proved by a preponderance of the evidence that the defendant Chinatown Restaurant Corporation owes him overtime compensation?

   YES __X__     NO _____

   If your answer is YES, please proceed to Part b.

   If your answer is NO, please skip to Question No. 3.

   b. What amount of compensation is the plaintiff Chi Wai Chao entitled to receive?

   $ __3,220.00__

3. <u>Yook Thai Cheah</u>

   a. Has the plaintiff Yook Thai Cheah proved by a preponderance of the evidence that the defendant Chinatown Restaurant Corporation owes her overtime compensation?

   YES __X__     NO _____

   If your answer is YES, please proceed to Part b.

   If your answer is NO, please skip to Question No. 4.

   b. What amount of compensation is the plaintiff Yook Thai Cheah entitled to receive?

   $ ~~3,220.00~~ _AQ_ 9,146.00

4. <u>Ming F. Fung</u>

   a. Has the plaintiff Ming F. Fung proved by a preponderance of the evidence that the defendant Chinatown Restaurant Corporation owes him overtime compensation?

   YES __X__          NO _____

   If your answer is YES, please proceed to Part b.

   If your answer is NO, please skip to Question No. 5.

   b. What amount of compensation is the plaintiff Ming F. Fung entitled to receive?

   $ 1,352.00

5. <u>Muoi Giang</u>

   a. Has the plaintiff Muoi Giang proved by a preponderance of the evidence that the defendant Chinatown Restaurant Corporation owes him overtime compensation?

   YES __X__          NO _____

   If your answer is YES, please proceed to Part b.

   If your answer is NO, please skip to Question No. 6.

   b. What amount of compensation is the plaintiff Muoi Giang entitled to receive?

   $ 10,212.00

6. <u>Yuen Yue Soohoo</u>

   a. Has the plaintiff Yuen Yue Soohoo proved by a preponderance of the evidence that the defendant Chinatown Restaurant Corporation owes him overtime compensation?

   YES __X__     NO _____

   If your answer is YES, please proceed to Part b.

   If your answer is NO, please skip to the end of this form.

   b. What amount of compensation is the plaintiff Yuen Yue Soohoo entitled to receive?

   $ __8,920.00__

The foregoing represents the unanimous decision of the jury.

__10/31/12__
DATE

__[signature]__
FOREMAN

4