UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JIN MING LIN, CHI WAI CHAO, YOOK THAI CHEAH, MING F. FUNG, MUOI GIANG, and YUEN YUE SOOHOO
          Plaintiff(s)

v.                             CIVIL ACTION NO. 09-11510-GAO

CHINATOWN RESTAURANT CORP., and JOYCE P.Y. HAYES
          Defendant(s)

### JUDGMENT IN A CIVIL CASE

O'TOOLE    USDJ

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED**

The plaintiff Jin Ming Lin is entitled to receive $6,000.00. The court also awards an additional equal amount in liquidated damages for a total of $12,000.00.

The plaintiff Chi Wai Chao is entitled to receive $3,220.00. The court also awards an additional equal amount in liquidated damages for a total of $6,440.00.

The plaintiff Yook Thai Cheah is entitled to receive $9,146.00. The court also awards an additional equal amount in liquidated damages for a total of $18,292.00.

The plaintiff Ming F. Fung is entitled to receive $1,352.00. The court also awards an additional equal amount in liquidated damages for a total of $2,704.00.

The plaintiff Muoi Giang is entitled to receive $10,212.00. The court also awards an additional equal amount in liquidated damages for a total of $20,424.00.

The plaintiff Yuen Yue Soohoo is entitled to receive $8,920.00. The court also awards an additional equal amount in liquidated damages for a total of $17,840.00.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 10/31/12                    By /s/ Paul S. Lyness
                                                        Deputy Clerk

**The post judgment interest rate is 0.16.**