# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **JIN-MING LIN et al** | ) | |
| **Plaintiffs** | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 2009-cv-11510** |
| **CHINATOWN RESTAURANT CORP.,** | ) | |
| **JOYCE P.Y. HAYES** | ) | |
| **Defendants** | ) | |

## NOTICE OF APPEAL

Defendant Chinatown Restaurant Corporation and Joyce Hayes by their respective attorneys appeal from the judgment in the above action and the following orders:

1.      The order of March 23rd 2011 insofar as it denied Chinatown Restaurant Corporation's motion to compel Plaintiffs to provide discovery;

2.      The orders denying both parties' motion made at the close of Plaintiffs' case for judgment as a matter of law and their motion for judgment N.O.V.

By their attorneys

**/s/Lawrence M. Siskind**             **/s/David Berman**
Lawrence M. Siskind                David Berman
BBO No. 465180                     BBO No. 040060
Siskind & Siskind, LLC             100 George P. Hassett Drive
360 Belmont Street                 Medford, MA 02155-3297
Brockton, MA 02301                 Tel:  (781) 395-7520
Tel: (508) 588-5015                Fax: (781) 395-9658
Fax: (508) 588-5019                *davidberman2@verizon.net*
(lawrence@siskindlaw.com)