Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| Date | Notes | Time |
|---|---|---|
| 02/26/2009 | Meeting with clients. | 4.30 |
| 02/26/2009 | Draft complaint | 6.30 |
| 03/04/2009 | Research re attachment. | 1.20 |
| 04/13/2009 | Research re liability of corporate directors. | 0.80 |
| 05/14/2009 | Edit complaint. | 0.80 |
| 05/15/2009 | Telephone call w/ Mr. Chao | 0.30 |
| 05/15/2009 | Letter to each of the three clients. | 0.40 |
| 05/15/2009 | Edit complaint. | 0.60 |
| 06/01/2009 | Telephone call to Mr. Chao | 0.10 |
| 06/04/2009 | File review. | 0.30 |
| 06/08/2009 | Research re restuarant wage/hour classes | 1.20 |
| 06/08/2009 | Telephone call from Mr. Chao | 0.10 |
| 06/24/2009 | Research re liability of individual directors | 1.20 |
| 06/24/2009 | Edit complaint | 0.60 |
| 07/09/2009 | Research re personal liability of corporate officers. | 0.60 |
| 07/21/2009 | Research re attachment | 0.70 |
| 07/23/2009 | Research re FLSA preempting state exemptions | 1.20 |
| 08/18/2009 | Edit complaint | 0.90 |
| 09/02/2009 | Edit complaint; Prepare filing docs | 1.60 |
| 09/10/2009 | Edit complaint; Prepare filing papers; File complaint. | 0.80 |
| 09/10/2009 | Letters to class reps | 0.30 |
| 09/11/2009 | Prepare summonses for service; Email to constable. | 0.80 |
| 09/15/2009 | Research date Chinatown incorporated | 0.40 |
| 09/15/2009 | Research re FLSA re wait time / driving time. | 1.40 |
| 09/15/2009 | Research re background info re Chinatown Rest | 0.60 |
| 09/15/2009 | Review damage claims of named plaintiffs | 0.30 |
| 09/15/2009 | Telephone call from Attorney Lawrence M. Siskind | 0.40 |
| 09/15/2009 | Research re Attorney Lawrence M. Siskind | 0.20 |
| 09/16/2009 | Fax letter from Attorney Lawrence M. Siskind | 0.10 |
| 09/16/2009 | Letter to Attorney Lawrence M. Siskind | 0.50 |
| 09/17/2009 | Review returns of service; File with court. | 0.30 |
| 09/17/2009 | Fax to Attorney Lawrence M. Siskind. | 0.10 |
| 09/25/2009 | Fax from Attorney Lawrence M. Siskind | 0.10 |
| 09/28/2009 | Letter to Attorney Lawrence M. Siskind; Fax to Attorney Lawrence M. Siskind | 0.20 |
| 10/03/2009 | Review Wainwright's motion to dismiss. | 0.40 |
| 10/08/2009 | Meeting w/ Attorney Jeffrey P. Wiesner | 0.50 |
| 10/09/2009 | Review Wainwright motion to dismiss; Research; Conference with Attorney Jeffrey P. Wiesner. | 0.90 |
| 10/14/2009 | Draft Opp to Wainwright motion to dismiss | 1.20 |
| 10/14/2009 | Research re Rule 12(b)(6) | 0.50 |
| 10/15/2009 | Draft opp to Wainwright's mo to dismiss; Draft affidavit in support. | 2.60 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| | | |
|---|---|---|
| 10/16/2009 | Edit opp to Wainwright mo to dismiss; Conference with Attorney Jeffrey P. Wiesner | 1.10 |
| 10/19/2009 | Review Wainwright's opposition to Plaintiffs' motion to defer ruling until discovery. | 0.30 |
| 10/21/2009 | Review Defendants' draft joint statement | 0.30 |
| 10/21/2009 | Draft joint statement | 1.80 |
| 10/22/2009 | Meeting with Attorney Jeffrey P. Wiesner | 0.50 |
| 10/26/2009 | Email from Attorney David Berman; Edit joint statement. | 1.20 |
| 10/26/2009 | Email to Attorneys David Berman and Lawrence M. Siskind | 0.10 |
| 10/27/2009 | Draft automatic disclosures | 1.80 |
| 10/27/2009 | Email from Attorney David Berman; Email to Attorney David Berman | 0.10 |
| 10/27/2009 | Draft motion for condition class cert and collective action notice; Proposed notice and consent for | 4.80 |
| 10/27/2009 | Email from Attorney David Berman; Email to Attorney David Berman | 0.10 |
| 10/27/2009 | Edit joint statement and file | 0.40 |
| 10/29/2009 | Email from Attorney David Berman; Review Attorney David Berman's proposed agenda; Email to Attorney David Berman. | 0.30 |
| 10/30/2009 | Review Attorney David Berman's filing of an agenda | 0.20 |
| 10/30/2009 | Research re certifying collective action and sending notice under FLSA | 1.20 |
| 10/30/2009 | Edit automatic disclosures | 0.40 |
| 10/30/2009 | Edit memo to conditionally certify collective action and send notice. | 0.80 |
| 11/02/2009 | Meeting with Attorney Jeffrey P. Wiesner | 1.20 |
| 11/02/2009 | Meeting with Attorneys David Berman and Lawrence M. Siskind | 0.40 |
| 11/02/2009 | Scheduling Conference | 0.80 |
| 11/02/2009 | Edit automatic disclosures | 0.40 |
| 11/2/2009 | Meeting with Attorney Jeffrey P. Wiesner | 0.50 |
| 11/03/2009 | Edit automatic disclosure; Letter to counsel | 0.30 |
| 11/03/2009 | Telephone call from Mr. Chao | 0.40 |
| 11/03/2009 | Review edited comments of Interrogatories to officer from Attorney Jeffrey P. Wiesner; Email to Attorney Jeffrey P. Wiesner | 0.30 |
| 11/05/2009 | Email from Attorney David Berman. | 0.10 |
| 11/09/2009 | Email to Attorney David Berman | 0.10 |
| 11/13/2009 | Review Def's automatic disclosures; Create employee database. | 2.80 |
| 11/14/2009 | Create employee database | 1.70 |
| 11/15/2009 | Create employee database | 1.30 |
| 11/16/2009 | Review document index. | 1.20 |
| 11/17/2009 | Email from Attorney David Berman; Review Interrogatories from defendants to each plaintiff | 0.50 |
| 11/17/2009 | Draft answers to Interrogatories by Restaurant for each plaintiff | 1.30 |
| 11/17/2009 | Telephone call to clients | 0.10 |
| 11/17/2009 | Edit motion for conditional cert and notice and consent form | 0.90 |
| 11/17/2009 | Telephone call from Chao | 0.20 |
| 11/19/2009 | Telephone call w/ Chao | 0.30 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| | | |
|---|---|---|
| 11/22/2009 | Review discovery analysis | 1.10 |
| 12/01/2009 | Edit collective notice papers | 1.80 |
| 12/03/2009 | Edit motion for conditional cert and collective notice, consent form, notice; File same. | 1.30 |
| 12/10/2009 | Prepare for meeting with clients | 0.40 |
| 12/10/2009 | Meeting w/ Attorney Jeffrey P. Wiesner | 2.30 |
| 12/10/2009 | Telephone call to clients | 0.20 |
| 12/11/2009 | Prepare for meeting wtih clients | 0.30 |
| 12/11/2009 | Telephone call to Chao | 0.10 |
| 12/14/2009 | Telephone call to Chao | 0.10 |
| 12/16/2009 | Telephone call from Chao | 0.20 |
| 12/16/2009 | Email to Attorneys David Berman and Lawrence M. Siskind re extension of time to answer Interrogatories | 0.10 |
| 12/16/2009 | Review Defs' opp to Plfs; motion for conditional cert and notice to collective. | 0.50 |
| 12/17/2009 | Telephone call to Chao | 0.10 |
| 12/17/2009 | Email from Attorney David Berman; Email to Attorney David Berman | 0.10 |
| 12/21/2009 | Review draft Interrogatories & Request for Production of Documents to Chinatown Rest Corp; Edit same. | 2.90 |
| 12/21/2009 | Research re discoverability of ESI | 0.80 |
| 12/21/2009 | Prepare meeting with Chao | 0.30 |
| 12/22/2009 | Meeting with Chao. | 2.70 |
| 12/22/2009 | Telephone call to Chao | 0.10 |
| 12/24/2009 | Edit discovery requests | 0.90 |
| 12/24/2009 | Conference with Attorney Jeffrey P. Wiesner | 0.70 |
| 12/24/2009 | Draft reply to D's opposition to P's motion for conditional cert. | 1.30 |
| 12/28/2009 | Telephone call to client | 0.10 |
| 12/28/2009 | Research re collective action certification. | 1.80 |
| 12/28/2009 | Telephone call from Chao | 0.10 |
| 12/28/2009 | Meeting with Chao | 1.30 |
| 12/29/2009 | Draft motion for extension of time to file reply | 1.30 |
| 12/29/2009 | Email to counsel | 0.10 |
| 12/29/2009 | Email from Attorney Lawrence M. Siskind; Email to Attorney Lawrence M. Siskind | 0.10 |
| 12/30/2009 | File motion for extension of time | 0.20 |
| 12/30/2009 | Telephone call to Chao | 0.10 |
| 12/30/2009 | Draft reply to D's opposition to P's motion for conditional cert. | 1.20 |
| 01/04/2010 | Telephone call to Chao | 0.20 |
| 01/04/2010 | Draft reply to D's opposition to P's motion for conditional cert. | 2.60 |
| 01/05/2010 | Research re conditional cert of FLSA class; Research re notice. | 2.20 |
| 01/05/2010 | Draft reply to Defs' opp to Plfs' mo for conditional cert. | 2.60 |
| 01/05/2010 | Telephone call to Chao | 0.10 |
| 01/06/2010 | Telephone call from Chao | 0.10 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| 01/06/2010 | Telephone call from Chao | 0.20 |
|---|---|---|
| 01/06/2010 | Edit reply; Draft affidavits of Lin and Chao. | 3.30 |
| 01/07/2010 | Edit answers to Interrogatories. | 0.80 |
| 01/07/2010 | Edit Interrogatories and Request for Production of Documents to Defendants. | 2.20 |
| 01/07/2010 | Edit reply to Defs' opp to Plfs' motion for conditional cert and notice; Edit affidavits of Chao, L | 3.90 |
| 01/07/2010 | Meeting w/ Lin and Chao | 1.60 |
| 01/08/2010 | Edit answers to Interrogatories. | 0.60 |
| 01/08/2010 | Letter to Attorney David Berman | 0.10 |
| 01/08/2010 | Edit Interrogatories & Request for Production of Documents to Hayes; Edit Interrogatories & Request for Production of Documents to Chinatown. | 1.80 |
| 01/08/2010 | Letter to Attorney David Berman; Letter to Attorney Lawrence M. Siskind | 0.20 |
| 01/08/2010 | Edit reply to D's opp to P's mo for conditional cert; Edit affs of Chao, Lin and MJ; Assemble exhib | 2.30 |
| 01/14/2010 | Review Chinatown's motion to strike. | 0.30 |
| 01/21/2010 | Fax from Attorney Lawrence M. Siskind | 0.10 |
| 01/21/2010 | Telephone call to Attorney Lawrence M. Siskind | 0.10 |
| 01/28/2010 | Fax from Attorney Lawrence M. Siskind | 0.10 |
| 01/28/2010 | Email from Attorney David Berman; Review attached letter from Attorney David Berman. | 0.10 |
| 01/28/2010 | Email to Attorneys Lawrence M. Siskind and David Berman. | 0.10 |
| 01/28/2010 | Fax from Attorney David Berman. | 0.10 |
| 01/28/2010 | Telephone call from Attorney David Berman | 0.10 |
| 01/29/2010 | Email from Attorney David Berman; Email to all counsel. | 0.10 |
| 01/29/2010 | Review and edit Attorney David Berman's draft motion for extension of time. | 0.20 |
| 02/09/2010 | Review file. | 0.30 |
| 02/22/2010 | Research re motion to compel. | 1.80 |
| 02/22/2010 | Draft motion/memo to compel Def Chinatown Rest. | 3.90 |
| 02/23/2010 | Review Def Hayes discovery responses. | 0.30 |
| 03/01/2010 | Research re motion to compel | 1.20 |
| 03/01/2010 | Draft motion to compel | 1.80 |
| 03/01/2010 | Letter to counsel; Email to counsel. | 1.40 |
| 03/01/2010 | Review Defs' automatic disclosures for missing docs; Create spreadsheet. | 1.30 |
| 03/02/2010 | Review Defs' auto disclosure docs; Create "missing docs" summary. | 1.80 |
| 03/02/2010 | Create spreadsheet of missing docs for defendants. | 1.20 |
| 03/03/2010 | Telephone call from Attorney David Berman | 0.20 |
| 03/03/2010 | Email to all counsel re discovery conference | 0.10 |
| 03/08/2010 | Fax from Attorney David Berman; Email from Attorney David Berman | 0.10 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| | | |
|---|---|---|
| 03/11/2010 | Prepare for discvoery conference w/ Attorneys David Berman and Lawrence M. Siskind | 0.60 |
| 03/11/2010 | Telephone call w/ Attorneys Lawrence M. Siskind and David Berman. | 0.90 |
| 03/11/2010 | Telephone call to Chao | 0.10 |
| 03/11/2010 | Draft settlement demand for Attorneys David Berman and Lawrence M. Siskind | 1.30 |
| 03/12/2010 | Research re ability to settle with named plaintiffs prior to class certification | 0.80 |
| 03/12/2010 | Review emailed letter from Attorney David Berman | 0.10 |
| 03/15/2010 | Meeting with Attorney Jeffrey P. Wiesner | 1.80 |
| 03/15/2010 | Draft demand letter. | 1.20 |
| 03/22/2010 | Research re discoverability of class cert info. | 0.60 |
| 03/25/2010 | Email from Attorney Lawrence M. Siskind; Email to Attorney Lawrence M. Siskind | 0.10 |
| 03/25/2010 | Meeting with Mr. Lin and Mr. Chao. | 1.20 |
| 03/26/2010 | Email from Attorney David Berman | 0.10 |
| 03/31/2010 | Email from Attorney Lawrence M. Siskind | 0.10 |
| 03/31/2010 | Review Hayes' answers t o Interrogatories | 0.60 |
| 03/31/2010 | Email from Attorney David Berman | 0.10 |
| 03/31/2010 | Review Rest's responses to Request for Production of Documents | 0.30 |
| 03/31/2010 | Email from Attorney David Berman | 0.10 |
| 03/31/2010 | Review Chinatown Rest's answers to interrogatories | 0.90 |
| 04/02/2010 | Research re motion to compel | 1.30 |
| 04/02/2010 | Telephone call from Attorney Lawrence M. Siskind | 0.20 |
| 04/02/2010 | Email to counsel | 0.10 |
| 04/04/2010 | Draft motion to compel restaurant | 2.70 |
| 04/05/2010 | Edit motion to compel Restaurant | 1.20 |
| 04/06/2010 | Edit motion to compel memo. | 0.80 |
| 04/09/2010 | Review Chinatown's motion to compel. | 0.40 |
| 04/10/2010 | Research re opp Chinatown's motion to compel. | 2.70 |
| 04/10/2010 | Draft opp to Chinatown's motion to compel | 4.90 |
| 04/11/2010 | Research re motion to compel Chinatown to answer discovery. | 1.80 |
| 04/11/2010 | Edit memo re motion to compel Chinatown. | 5.30 |
| 04/11/2010 | Edit motion to compel; Edit MJ declaration in support of mo to compel. | 1.40 |
| 04/11/2010 | Edit opp to Chinatown's motion to compel. | 1.20 |
| 04/11/2010 | Research re sanction re motion to compel | 0.80 |
| 04/12/2010 | Edit opp to Chinatown's motion to compel | 0.40 |
| 04/12/2010 | Edit motion to compel Chinatown, memo and decl in support; Prepare exhibits. | 0.80 |
| 04/21/2010 | Email from Attorney David Berman; Email to Attorney David Berman | 0.10 |
| 04/26/2010 | Review Chinatown's opp to pfs' motion to compel and Berman aff. | 0.40 |
| 04/28/2010 | Telephone call from Attorney David Berman - voicemail; Telephone call to Attorney David Berman - spoke | 0.10 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| | | |
|---|---|---|
| 05/04/2010 | Review CRC's motion to continue hearing; Email notices from court | 0.10 |
| 05/24/2010 | Prepare for motions hearing | 1.30 |
| 05/25/2010 | Prepare for motions hearing | 1.80 |
| 05/25/2010 | Meeting with counsel | 0.50 |
| 05/25/2010 | Meetings with Attorney Jeffrey P. Wiesner | 0.40 |
| 05/25/2010 | Motions hearing | 1.20 |
| 06/21/2010 | Telephone call w/ Mr. Chao | 0.40 |
| 06/24/2010 | Review Def Chinatown's motion and supplemental memo. | 0.30 |
| 08/05/2010 | Telephone call w/ clients | 0.20 |
| 08/09/2010 | Telephone call w/ Mr. Chao | 0.10 |
| 09/16/2010 | Meeting with clients | 1.80 |
| 09/17/2010 | Email to Attorneys David Berman and Lawrence M. Siskind | 0.10 |
| 09/17/2010 | Telephone call to Mr. Chao | 0.10 |
| 09/17/2010 | Telephone call from Attorney David Berman | 0.10 |
| 09/21/2010 | Meetings with client | 1.10 |
| 09/21/2010 | Deposition of Lin | 3.20 |
| 09/21/2010 | Meeting w/ Attorney David Berman re class notices and discovery issues | 0.20 |
| 09/21/2010 | Telephone call from Mr. Chao | 0.20 |
| 09/22/2010 | Telephone call to translator Chris Li | 0.30 |
| 09/22/2010 | Telephone call to translator Sue Aldred | 0.40 |
| 09/22/2010 | Email to Sue Aldred | 0.10 |
| 09/22/2010 | Review class notice and consent form in prep for Conference with Attorneys David Berman and Lawrence M. Siskind re translation | 0.30 |
| 09/22/2010 | Email from Sue Aldred | 0.10 |
| 09/23/2010 | Meeting w/ client | 1.20 |
| 09/23/2010 | Deposition of Chao | 2.00 |
| 09/23/2010 | Conference with Attorney David Berman re notice and consent form. | 0.70 |
| 09/23/2010 | Edit notice and consent form; Draft motion for approval | 1.40 |
| 09/24/2010 | Draft mo re approval of notice | 1.10 |
| 09/24/2010 | Draft motion to extend deadlines | 0.60 |
| 09/27/2010 | Review Defs' partial opp to mo for notice | 0.10 |
| 09/27/2010 | Email from Attorney David Berman | 0.10 |
| 09/27/2010 | Edit and file mo to extend schedule. | 0.20 |
| 10/04/2010 | Review Lin's deposition transcript | 1.30 |
| 10/06/2010 | Telephone call w/ Mr. Chao | 0.10 |
| 10/06/2010 | Email to Attorneys David Berman and Lawrence M. Siskind | 0.10 |
| 10/12/2010 | Email from Attorney David Berman; Review letter; Conf w. Attorney Jeffrey P. Wiesner | 0.10 |
| 10/18/2010 | Telephone call to Mr. Chao | 0.20 |
| 10/20/2010 | Meeting with Attorney Jeffrey P. Wiesner | 0.30 |
| 10/22/2010 | Telephone call from investigator | 0.10 |
| 10/22/2010 | Review file re Joyce Hayes; Email to investigator | 0.30 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| 10/26/2010 | Meeting with Mr. Lin. | 1.40 |
|---|---|---|
| 11/02/2010 | Email from investigator; Review asset search results; Email to Attorney Jeffrey P. Wiesner | 0.30 |
| 01/27/2011 | Review research re toll of SOL | 0.80 |
| 03/23/2011 | Review decision re motions to compel | 0.90 |
| 03/28/2011 | Research re equitable tolling | 0.80 |
| 03/29/2011 | Telephone call w/ Mr. Chao | 0.30 |
| 03/30/2011 | Review Defs' motion to reconsider | 0.90 |
| 03/31/2011 | Telephone call from Mr. Lin | 0.40 |
| 04/01/2011 | Telephone call with court reporter | 0.10 |
| 04/08/2011 | Review Def's motion for reconsideration. | 0.40 |
| 04/08/2011 | Review cases cited by Defendants in their motion for reconsideration. | 0.60 |
| 04/08/2011 | Telephone conference with Attorney David Berman re motion to extend time. | 0.10 |
| 04/08/2011 | Draft and file assented motion to extend time. | 0.30 |
| 04/25/2011 | Research re pursuing unpaid wages claim if employment procured by fraud. | 1.80 |
| 04/26/2011 | Edit response to Defendants' motion for reconsideration. | 1.60 |
| 04/27/2011 | Edit response to Def's motion for reconsideration; File. | 1.50 |
| 05/31/2011 | Research re tolling SOL | 2.80 |
| 06/21/2011 | Research re equitable tolling. | 1.90 |
| 06/22/2011 | Research re equitable tolling. | 1.30 |
| 06/23/2011 | Email to counsel | 0.10 |
| 06/23/2011 | Draft joint motion to further extend time and proposed order | 0.90 |
| 06/27/2011 | Email to counsel | 0.10 |
| 06/28/2011 | Draft motion to hold Chinatown Rest in contempt; Memo; affidavit; Research re Rule 37 sanctions | 3.20 |
| 06/28/2011 | Draft motion for equitable tolling and memo; Research. | 2.70 |
| 07/01/2011 | Draft motion to hold Chinatown Rest in contempt; Memo; affidavit. | 1.80 |
| 07/01/2011 | Draft motion for equitable tolling and memo. | 1.30 |
| 07/01/2011 | Draft motion to further extend discovery and motion schedule | 0.30 |
| 07/01/2011 | Edit motions. | 0.90 |
| 07/04/2011 | Email from Attorney David Berman | 0.10 |
| 07/05/2011 | Email from Attorney David Berman | 0.10 |
| 07/08/2011 | Telephone call from Attorney David Berman | 0.10 |
| 07/08/2011 | Review defs' filings | 0.20 |
| 07/09/2011 | Review Defs' filings. | 0.20 |
| 07/29/2011 | Draft motion for equitable tolling; Research. | 2.50 |
| 07/29/2011 | Draft motion to extend scheduling order; proposed order | 0.40 |
| 07/29/2011 | Draft motion for contempt; memo and aff.; Research. | 1.80 |
| 08/01/2011 | Edit motion for equitable tolling and motion for extension | 0.60 |
| 08/01/2011 | File motion for contempt, equitable tolling and extension | 0.30 |
| 09/13/2011 | Meeting w/ Attorney Jeffrey P. Wiesner. | 0.30 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| | | |
|---|---|---|
| 10/31/2011 | Prepare for status hearing; Status conference in court. | 1.10 |
| 10/31/2011 | Conference with Attys Bermand and Siskind | 0.30 |
| 11/01/2011 | Arrange translation of notice and claim form. | 0.80 |
| 11/04/2011 | Edit notice and claim form | 0.30 |
| 11/04/2011 | Search for court-certified translators | 1.20 |
| 11/07/2011 | Locate and select court certified translator; Review resumes; Emails to and from applicants; Emails | 0.90 |
| 11/11/2011 | Draft letter to Attorneys David Berman and Lawrence M. Siskind re notice and discovery | 0.30 |
| 11/14/2011 | Email to Attorney David Berman | 0.10 |
| 11/14/2011 | Email from Attorney David Berman | 0.10 |
| 11/17/2011 | Email from Yingjie Abel; Email to | 0.10 |
| 11/21/2011 | Email from Attorney David Berman, Email to Attorney David Berman | 0.10 |
| 12/08/2011 | Telephone call from Mr. Chao | 0.30 |
| 12/08/2011 | Email to Attorneys David Berman and Lawrence M. Siskind | 0.10 |
| 12/16/2011 | Email to Attorneys David Berman and Lawrence M. Siskind | 0.10 |
| 12/27/2011 | Review discovery docs; Enter data re employee info to Master List | 4.90 |
| 12/28/2011 | Review discovery docs; enter employee data to master list | 2.10 |
| 12/29/2011 | Review and analyze payroll registers | 2.60 |
| 12/29/2011 | Review and analyze 2011 quarterly wage detail reports | 1.20 |
| 12/29/2011 | Review and analyze restaurant tip credit | 0.90 |
| 12/30/2011 | Review and analyze discovery docs | 3.20 |
| 01/03/2012 | Create database re addresses for notice. | 4.80 |
| 01/03/2012 | Email to Attorneys David Berman and Lawrence M. Siskind | 0.20 |
| 01/09/2012 | Draft notices of depositions and subpoenas for 5 witnesses; Letter to Attorneys David Berman and Lawrence M. Siskind; Email to Attorneys David Berman and Lawrence M. Siskind. | 0.90 |
| 01/09/2012 | Email to Attorney David Berman | 0.10 |
| 01/17/2012 | Review docs produced by Defs; Update files; Scan and OCR docs. | 0.90 |
| 01/18/2012 | Edit notice of depo and subpoena for Wai Kwong Lee; Arrange service. | 0.30 |
| 01/18/2012 | Email to Attorney David Berman | 0.10 |
| 01/18/2012 | Email from Attorney David Berman | 0.10 |
| 01/19/2012 | Email from Attorney Lawrence M. Siskind | 0.10 |
| 01/19/2012 | Edit subpoena and notice of depo and arrange service on Connie Lee. | 0.30 |
| 01/19/2012 | Email to Attorneys David Berman and Lawrence M. Siskind | 0.10 |
| 01/20/2012 | Prepare for mailing; Notices and envelopes | 3.90 |
| 01/23/2012 | Prepare and mail notices | 5.00 |
| 01/23/2012 | Telephone call w/ constable re service on Wai K Lee | 0.10 |
| 01/24/2012 | Telephone call w/ constable re service on Connie Lee | 0.10 |
| 01/24/2012 | Final notice mailing | 0.90 |
| 01/24/2012 | Finalize notice mailing | 1.40 |
| 01/25/2012 | Prepare class mailings. | 3.20 |
| 01/27/2012 | Email to and from interpreter | 0.10 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| 01/27/2012 | Case review with interpreter | 2.00 |
|---|---|---|
| 01/28/2012 | Telephone call w/ interpreter | 0.20 |
| 01/30/2012 | Telephone call w/ interpreter | 0.30 |
| 01/30/2012 | Interview Nguyen Ly. | 1.10 |
| 01/30/2012 | Emails to and from interpreter | 0.20 |
| 02/01/2012 | Interview Yuen Soohoo | 0.90 |
| 02/01/2012 | Telephone call w/ interpreter | 0.10 |
| 02/01/2012 | Telephone call w/ Chi-Wai Chao | 0.30 |
| 02/02/2012 | Process notice return from Ronxie Xue | 0.10 |
| 02/02/2012 | Process plaintiff's claim form from Man S. Lau | 0.20 |
| 02/03/2012 | Interview Man Lau | 0.80 |
| 02/04/2012 | Interivew Mr. Yang | 0.90 |
| 02/04/2012 | Telephone call w/ interpreter | 0.10 |
| 02/04/2012 | Texts to and from interpreter | 0.10 |
| 02/05/2012 | Interview Billy Quach | 0.70 |
| 02/22/2012 | Email from interpreter re plf interviews | 0.10 |
| 02/23/2012 | Calculate Muoi Giang's damages | 1.90 |
| 02/24/2012 | Fax from Giang; Review all docs re Giang; Calculate damages | 1.30 |
| 02/27/2012 | Research re consent forms | 0.40 |
| 02/28/2012 | Review discovery docs | 2.30 |
| 02/29/2012 | Analyze discovery docs; Index produced docs. | 1.60 |
| 03/01/2012 | Analyze discovery docs; Index produced docs. | 2.80 |
| 03/02/2012 | Analyze discovery docs; Index produced docs. | 2.60 |
| 03/08/2012 | Prepare for Tim Lee depo | 1.80 |
| 03/08/2012 | Review produced docs; Letter to Attorneys David Berman and Lawrence M. Siskind re missing docs | 2.70 |
| 03/09/2012 | Prepare for Tim Lee depo | 0.90 |
| 03/09/2012 | Depose Tim Lee | 1.60 |
| 03/09/2012 | Draft plf's filing of consent forms; Prepare redacted forms for filing. | 0.90 |
| 03/19/2012 | Telephone call w/ Attorney Lawrence M. Siskind | 0.10 |
| 03/19/2012 | Emails from and to Attorney Lawrence M. Siskind | 0.20 |
| 03/20/2012 | Draft answers to 6 FLSA plfs' Interrogatories | 2.30 |
| 03/20/2012 | Interview Mr. Wong | 0.60 |
| 03/20/2012 | Interview Ming Fung | 0.70 |
| 03/20/2012 | Interview Muoi Giang | 0.80 |
| 03/22/2012 | Calcuate damages and draft answers to Interrogatories for Ming Fung | 1.60 |
| 03/22/2012 | Calcuate damages and draft answers to Interrogatories for Muoi Giang | 1.40 |
| 03/22/2012 | Meetign with Ming Fung | 1.10 |
| 03/22/2012 | Meeting with Muoi Giang | 1.30 |
| 03/23/2012 | Prepare for Joyce Hayes depo | 2.40 |
| 03/23/2012 | Review Tim Lee depo transcript | 0.40 |
| 03/23/2012 | Prepare mailing notices/claim forms to 80. | 2.80 |
| 03/25/2012 | Prepare for Joyce Hayes depo | 1.80 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| | | |
|---|---|---|
| 03/25/2012 | Review Tim Lee depo transcript | 0.80 |
| 03/26/2012 | Prepare for Joyce Hayes depo | 0.90 |
| 03/26/2012 | Depo of Hayes | 2.80 |
| 03/26/2012 | Calculate damages and draft answers to Interrogatories for Yook Cheah | 1.50 |
| 03/26/2012 | Calculate damages and draft answers to Interrogatories for Man Lau | 1.30 |
| 03/26/2012 | Draft Request for Production of Docs to Hayes; Letter to Attorneys David Berman and Lawrence M. Siskind | 0.90 |
| 03/27/2012 | Email from and to Attorney David Berman | 0.10 |
| 03/28/2012 | Telephone call w/ Muoi Giang | 0.50 |
| 03/28/2012 | Letter from Attorney David Berman; Research Attorney David Berman's claims; Draft response letter. | 1.80 |
| 03/28/2012 | Email from Attorney Lawrence M. Siskind; Email to. | 0.10 |
| 03/28/2012 | Draft declaration of Muoi Giang | 0.80 |
| 03/28/2012 | Conference with Attorney Jeffrey P. Wiesner | 0.20 |
| 03/28/2012 | Calculate damages; Draft answer to Interrogatories for Yuen Yue Soohoo. | 1.30 |
| 03/28/2012 | Calculate damages; Draft answer to Interrogatories for Mei Zhi | 1.20 |
| 03/28/2012 | Calculate damages; Draft answer to Interrogatories for Jian Wu | 0.90 |
| 03/28/2012 | Email from Attorney Lawrence M. Siskind, Email to | 0.10 |
| 03/29/2012 | Draft memo re motion to enjoin defs; Edit Giang aff. | 1.80 |
| 03/29/2012 | Research re retaliation | 1.60 |
| 03/29/2012 | Draft first amended complaint | 0.40 |
| 03/30/2012 | Meeting with Muoi Giang | 0.80 |
| 03/30/2012 | Edit motion, memo, affidavit re mo to enjoin def | 1.20 |
| 03/30/2012 | File motion to enjoin | 0.20 |
| 03/30/2012 | Telephone call from Attorney David Berman | 0.10 |
| 04/02/2012 | Meeting with Yuen Soohoo in N.Quincy | 0.70 |
| 04/02/2012 | Meeting with Mei Zhi in Lowell | 0.80 |
| 04/04/2012 | Review "contracts" produced by Defs | 1.80 |
| 04/04/2012 | Scan and digitally analyze docs | 1.00 |
| 04/04/2012 | Supplement class list and damages calculations based on additional discovery | 1.20 |
| 04/05/2012 | Continue supplementing class list and calculating damages. | 1.90 |
| 04/05/2012 | Prepare mailing list for newly discovered employees. Updated info. | 1.50 |
| 04/07/2012 | Email from and to interpreter re Mei Zhi | 0.10 |
| 04/09/2012 | Review Hayes depo transcript | 1.20 |
| 04/10/2012 | Meeting with Yook Cheah in N. Quincy | 0.80 |
| 04/10/2012 | Finalize answers to Interrogatories; Letter to Attorneys David Berman and Lawrence M. Siskind. | 0.60 |
| 04/10/2012 | Emails from and to interpreter re Mei Zhi | 0.10 |
| 04/12/2012 | Review Defs' opp to motion for order to enjoin | 0.40 |
| 04/17/2012 | Email from Attorney David Berman; Review letter | 0.20 |
| 04/17/2012 | Email to Attorney David Berman | 0.10 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| | | |
|---|---|---|
| 04/18/2012 | Email from Attorney David Berman | 0.10 |
| 04/19/2012 | Email from Attorney David Berman; Review letter. | 0.20 |
| 04/20/2012 | Review plfs' Interrogatories in response to Attorney David Berman letter. | 0.30 |
| 04/22/2012 | Prepare for status hearing | 0.50 |
| 04/23/2012 | Status Conf; Meeting with Attorney David Berman. | 1.60 |
| 04/23/2012 | Emails to Attorney David Berman | 0.10 |
| 04/25/2012 | Email from Attorney David Berman; Review letter | 0.20 |
| 04/25/2012 | Review Defs' motion to amend answer | 0.20 |
| 04/26/2012 | Email from Attorney David Berman; Review letter | 0.10 |
| 04/30/2012 | Calculate damages for 7 plaintiffs | 1.90 |
| 05/04/2012 | Letter to Attorneys David Berman and Lawrence M. Siskind re document production by defendants | 0.30 |
| 05/04/2012 | Finalize damages calculations; Draft and send settlement demand to defense counsel. | 3.40 |
| 05/04/2012 | Email to Muoi Giang | 0.10 |
| 05/04/2012 | Review Defs' motion to compel | 0.30 |
| 05/06/2012 | Telephone call from Muoi Giang | 0.10 |
| 05/06/2012 | Email from Vincent Giang | 0.10 |
| 05/08/2012 | Email from Attorney David Berman | 0.10 |
| 05/09/2012 | Email from Attorney David Berman; Review letter dated 5/8. | 0.20 |
| 05/09/2012 | Email to Attorney David Berman | 0.10 |
| 05/15/2012 | Edit opp to mo to compel | 0.60 |
| 05/16/2012 | Telephone call w/ Attorney David Berman | 0.10 |
| 05/16/2012 | Email from and to interpreter | 0.10 |
| 05/16/2012 | Final edits to opp; File. | 0.40 |
| 05/16/2012 | Emails to Attorneys David Berman and Lawrence M. Siskind | 0.10 |
| 05/16/2012 | Email from Attorney David Berman; Reveiw letter | 0.20 |
| 05/17/2012 | Review defs' motion and memo to compel | 0.60 |
| 05/18/2012 | Telephone call from Attorney Lawrence M. Siskind | 0.10 |
| 05/18/2012 | Telephone call from Attorney David Berman | 0.10 |
| 05/18/2012 | Telephone call from court reporter | 0.10 |
| 05/18/2012 | Telephone call w/ interpreter | 0.10 |
| 05/18/2012 | Review defs' mo to compel #76 | 0.40 |
| 05/20/2012 | Prepare for Joyce Hayes depo | 3.70 |
| 05/20/2012 | Text from interpreter | 0.10 |
| 05/20/2012 | Text to interpreter | 0.10 |
| 05/21/2012 | Depo of Joyce Hayes. | 4.50 |
| 05/21/2012 | Telephone call w/ interpreter | 0.10 |
| 05/21/2012 | Conference with Attorney Jeffrey P. Wiesner | 0.90 |
| 05/21/2012 | Arrange copying of all exhibits | 0.30 |
| 05/22/2012 | Email from Attorney David Berman | 0.10 |
| 05/22/2012 | Email from and to Attorney David Berman | 0.10 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| | | |
|---|---|---|
| 05/23/2012 | Email from and to Attorney David Berman | 0.10 |
| 05/24/2012 | Letter to counsel re Hayes's depo exhibits | 0.10 |
| 05/24/2012 | Scan all Hayes depo exhibits; prepare copies for Attorneys David Berman and Lawrence M. Siskind. | 2.70 |
| 05/27/2012 | Email to Attorney David Berman | 0.10 |
| 05/29/2012 | Research re opp to D's mo to dismiss. | 1.20 |
| 05/29/2012 | Draft opp to D's motion to dismiss. | 1.70 |
| 05/30/2012 | Draft opp to D's mo to compel Mei Zhi | 1.30 |
| 05/31/2012 | Edit opp to D's mo to compel Mei Zhi; File with court. | 0.40 |
| 06/04/2012 | Prepare for motions hearing | 1.30 |
| 06/04/2012 | Conference with Attorney David Berman | 0.20 |
| 06/04/2012 | Motions hearing | 0.40 |
| 06/05/2012 | Email from Attorney David Berman; Review motion; Email to Attorney David Berman | 0.30 |
| 06/05/2012 | Draft first amended complaint | 1.80 |
| 06/05/2012 | Emails from court | 0.10 |
| 06/06/2012 | Review D's motion to amend order | 0.10 |
| 06/07/2012 | Review Joyce Hayes depo transcript II | 0.80 |
| 06/19/2012 | Review court's ruling re Defs' motion to compel; Review answers to Interrogatories by 6 plaintiffs | 0.40 |
| 06/26/2012 | Notice re mediation | 0.10 |
| 06/26/2012 | Email notice from court | 0.10 |
| 07/06/2012 | Email to Attorney David Berman | 0.10 |
| 07/06/2012 | Email from interpreter re Mei Zhi | 0.10 |
| 07/09/2012 | Telephone call to Attorney David Berman | 0.10 |
| 07/09/2012 | Email from interpreter re Mei Zhi | 0.10 |
| 07/09/2012 | Email to interpreter | 0.10 |
| 07/10/2012 | Email from and to Attorney David Berman | 0.10 |
| 07/12/2012 | Draft supp ans to Interrogatories | 0.80 |
| 07/12/2012 | Email to interpreter | 0.10 |
| 07/13/2012 | Draft supp ans to Interrogatories | 1.10 |
| 07/13/2012 | Text to and from interpreter | 0.10 |
| 07/23/2012 | Text to interpreter | 0.10 |
| 07/23/2012 | Text to interpreter | 0.10 |
| 07/29/2012 | Email to interpreter | 0.10 |
| 07/30/2012 | Edit answers to three of the Plfs' Interrogatories | 1.20 |
| 07/30/2012 | Email from and to interpreter | 0.10 |
| 07/30/2012 | Email to interpreter | 0.10 |
| 07/31/2012 | Draft further answers to Interrogatories for 4 of the plaintiffs. | 1.40 |
| 08/01/2012 | Edit and serve Supp Ans to Interrogatories for 4 plfs | 0.70 |
| 08/01/2012 | Email from and to interpreter | 0.10 |
| 08/01/2012 | Email to Attorneys David Berman and Lawrence M. Siskind | 0.10 |
| 08/01/2012 | Emial from Attorney David Berman; Email to | 0.10 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| | | |
|---|---|---|
| 08/02/2012 | Email from interpreter; Email to | 0.10 |
| 08/06/2012 | Meeting with Ms. Cheah; Travel to and from Quincy | 0.60 |
| 08/06/2012 | Telephone call w/ interpreter | 0.10 |
| 08/06/2012 | Telephone call to clerk; Telephone call from clerk | 0.10 |
| 08/06/2012 | Fax motion; Fax motion. | 0.20 |
| 08/06/2012 | Telephone call w/ Mr. Chao | 0.60 |
| 08/07/2012 | Meeting with Mr. Fung and Mr. Giang | 1.90 |
| 08/07/2012 | Meeting with Attorney Jeffrey P. Wiesner | 1.70 |
| 08/07/2012 | Draft mediation memo and attachments | 2.70 |
| 08/07/2012 | Telephone call w/ Mr. Chao. | 0.20 |
| 08/07/2012 | Email to Attorney David Berman | 0.10 |
| 08/08/2012 | Meeting with Mr. Soohoo | 0.90 |
| 08/08/2012 | Edit mediation memo | 0.60 |
| 08/09/2012 | Letter to Judge Collings; Prepare final memo. | 0.40 |
| 08/13/2012 | Email to Attorney David Berman and Attorney Lawrence M. Siskind | 0.10 |
| 08/14/2012 | Text messages from and to Chao | 0.20 |
| 08/14/2012 | TMs from interpreter | 0.10 |
| 08/14/2012 | Telephone call from Lin | 0.20 |
| 08/16/2012 | Meeting with Attorney Jeffrey P. Wiesner | 0.90 |
| 08/16/2012 | Meeting with plaintiffs | 1.70 |
| 08/16/2012 | Mediation | 2.30 |
| 08/16/2012 | Telephone call w/ Attys Berman and Wiesner | 0.40 |
| 08/16/2012 | TMs with interpreter re Mei Zhi | 0.20 |
| 08/17/2012 | Telephone call to Attorney David Berman | 0.20 |
| 08/23/2012 | Telephone call from Attorney Lawrence M. Siskind | 0.10 |
| 08/23/2012 | Email to counsel | 0.10 |
| 08/28/2012 | Telephone call w/ Aty Berman | 0.10 |
| 08/29/2012 | Telephone call w/ Attorney David Berman | 0.20 |
| 08/29/2012 | Email from Attorney David Berman | 0.10 |
| 08/29/2012 | Review proposed confidentiality agreement. | 0.20 |
| 08/29/2012 | Email to counsel | 0.10 |
| 08/30/2012 | Email from Attorney David Berman | 0.10 |
| 08/31/2012 | Review CRC bank statements | 0.80 |
| 08/31/2012 | Email to counsel | 0.10 |
| 08/31/2012 | Texts to and from interpreter | 0.10 |
| 09/04/2012 | Email from investigator | 0.10 |
| 09/04/2012 | Email to Berman and Siskind. | 0.10 |
| 09/04/2012 | Email from Siskind | 0.10 |
| 09/04/2012 | Email from Veronica Gomes of Attorney Siskind's office; Review docs. | 0.60 |
| 09/04/2012 | Texts to and from interpreter | 0.10 |
| 09/05/2012 | Email to investigator | 0.10 |
| 09/05/2012 | Email to Siskind | 0.10 |
| 09/06/2012 | Meeting with Soohoo | 1.30 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| Date | Description | Hours |
|---|---|---|
| 09/06/2012 | Email from court | 0.10 |
| 09/06/2012 | Email from Berman | 0.10 |
| 09/06/2012 | Texts to and from interpreter | 0.10 |
| 09/07/2012 | Meeting with plaintiffs | 2.30 |
| 09/07/2012 | Telephone call w/ Chao | 0.40 |
| 09/07/2012 | Email from Berman | 0.10 |
| 09/07/2012 | Texts to and from interpreter | 0.10 |
| 09/10/2012 | Email from Berman | 0.10 |
| 09/13/2012 | Texts to and from interpreter | 0.10 |
| 09/17/2012 | Emails from and to investigator | 0.10 |
| 09/18/2012 | Email from and to investigator | 0.10 |
| 09/19/2012 | Draft mo to amend complaint; Draft amended complaint | 0.90 |
| 09/25/2012 | Draft first amended complaint and motion to amend complaint; File. | 1.40 |
| 09/25/2012 | Draft joint pretrial memo | 1.30 |
| 09/25/2012 | Email to counsel. | 0.10 |
| 09/25/2012 | Email to investigator | 0.10 |
| 09/28/2012 | Email from Berman | 0.10 |
| 09/28/2012 | Email to and from Paul Lyness | 0.10 |
| 09/28/2012 | Emails from and to investigator | 0.10 |
| 10/02/2012 | Meeting w/ Attorney Jeffrey P. Wiesner to prep for trial | 2.60 |
| 10/02/2012 | Conference with Atty Karplus to prep for trial | 0.50 |
| 10/03/2012 | Telephone call to Chao | 0.10 |
| 10/04/2012 | Telephone call w/ investigator | 0.20 |
| 10/07/2012 | Research re wilful violations | 0.80 |
| 10/07/2012 | Research re ER's failure to keep records | 1.90 |
| 10/08/2012 | Draft Joint pretrial memo. | 1.50 |
| 10/08/2012 | Trial prep: Direct of plaintiffs | 1.80 |
| 10/09/2012 | Telephone call to Chao | 0.10 |
| 10/09/2012 | Draft Joint pretrial memo. | 2.40 |
| 10/09/2012 | Call Chao | 0.10 |
| 10/09/2012 | Email to Attorneys David Berman and Lawrence M. Siskind | 0.10 |
| 10/10/2012 | Telephone call w/ Chao | 0.20 |
| 10/10/2012 | Edit joint pretrial memo. | 0.20 |
| 10/10/2012 | File joint pretrial memo | 0.10 |
| 10/10/2012 | Prepare photo exhibits of van and kitchen | 0.40 |
| 10/11/2012 | Prepare for trial | 1.10 |
| 10/11/2012 | Meeting with Jeffrey P. Wiesner | 1.60 |
| 10/11/2012 | Final Pretrial Conference; Conference with Attorneys David Berman and Lawrence M. Siskind | 0.80 |
| 10/11/2012 | Prepare subpoenas for trial witnesses; Arrange service. | 0.80 |
| 10/11/2012 | Letters to 4 witnesses to be served. | 0.50 |
| 10/11/2012 | Review discovery file docs; Identify potential trial exhibits. | 2.70 |
| 10/11/2012 | Review Defs' amended answer | 0.20 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| | | |
|---|---|---|
| 10/11/2012 | Text to Chao | 0.10 |
| 10/11/2012 | Texts to and from interpreter | 0.10 |
| 10/12/2012 | Research re motions in limines. | 1.60 |
| 10/13/2012 | Meet Jeffrey P. Wiesner in Chinatown to document van pickup. | 1.80 |
| 10/13/2012 | Draft stipulation of agreed facts | 2.30 |
| 10/13/2012 | Draft motion in limine to preclude "contracts" | 0.50 |
| 10/13/2012 | Draft motion in limine to preclude docs not produced in discovery | 0.40 |
| 10/13/2012 | Draft motion in limine to preclude "high or generous hourly rate" | 0.80 |
| 10/13/2012 | Draft motion in limine to preclude hypothetical consequences of verdict against company | 0.70 |
| 10/13/2012 | Draft motion in limine to preclude argument that not all employees are plaintiffs | 0.40 |
| 10/13/2012 | Draft motion in limine to preclude evidence of other lawsuits | 0.50 |
| 10/13/2012 | Draft motion in limine to preclude past failure to complain | 0.40 |
| 10/13/2012 | Draft motion in limine to preclude re workers paid for "down time" | 0.40 |
| 10/13/2012 | Research re motions in limines. | 2.80 |
| 10/13/2012 | Texts to and from interpreter | 0.10 |
| 10/14/2012 | Create chalk for damage calculations for each plaintiff. | 3.30 |
| 10/14/2012 | Edit motions in limine | 1.20 |
| 10/14/2012 | Prepare payroll registers for trial exhibits | 1.40 |
| 10/14/2012 | Prepare payroll worksheets for trial exhibits | 0.90 |
| 10/14/2012 | Assemble pay records for each plaintiff for use as trial exhibits; Create summary chart of pay records | 3.20 |
| 10/14/2012 | Review Jeffrey P. Wiesner's motions re attachment; Conference with Jeffrey P. Wiesner. | 0.80 |
| 10/14/2012 | Texts to and from interpreter | 0.10 |
| 10/15/2012 | Visit restaurant to document van drop off | 1.40 |
| 10/15/2012 | Meeting with Jeffrey P. Wiesner | 1.60 |
| 10/15/2012 | Prepare trial exhibits | 1.80 |
| 10/15/2012 | Edit stip of agreed facts | 0.40 |
| 10/15/2012 | Trial prep: Direct of plaintiffs | 1.60 |
| 10/15/2012 | Telephone call w/ constable re subpoena service | 0.10 |
| 10/15/2012 | Texts to and from interpreter | 0.10 |
| 10/16/2012 | Edit stip of agreed facts | 0.30 |
| 10/16/2012 | Meeting with Lin to prepare for trial | 1.80 |
| 10/16/2012 | Meeting with Chao to prepare for trial | 1.60 |
| 10/16/2012 | Meeting with Cheah to prepare for trial | 1.70 |
| 10/16/2012 | Meeting with Giang to prepare for trial | 1.60 |
| 10/16/2012 | Meeting with Soohoo to prepare for trial | 1.60 |
| 10/16/2012 | Meeting with Fung to prepare for trial | 0.80 |
| 10/16/2012 | Prepare trial exhibits | 1.40 |
| 10/16/2012 | Emails to Attorneys David Berman and Lawrence M. Siskind re exhibits | 0.20 |
| 10/16/2012 | Telephone call from Attorney David Berman | 0.10 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| | | |
|---|---|---|
| 10/16/2012 | Telephone call to Berman | 0.20 |
| 10/16/2012 | Telephone call from Berman | 0.30 |
| 10/16/2012 | Prepare trial exhibits per JERS on CD. | 0.50 |
| 10/16/2012 | Letter to clerk. | 0.10 |
| 10/16/2012 | Email to Attorneys David Berman and Lawrence M. Siskind re stipulation of facts | 0.10 |
| 10/16/2012 | Readjust damages calculations for each of the plaintiffs | 1.20 |
| 10/17/2012 | Meeting with Giang | 1.60 |
| 10/17/2012 | Meeting with Fung | 1.30 |
| 10/17/2012 | Review Defs' edited stip of facts; Edit stip of facts. | 0.90 |
| 10/17/2012 | Trial prep: Direct of Tim Lee. | 2.20 |
| 10/17/2012 | Email from clerk; Email to | 0.10 |
| 10/17/2012 | Emails from and to Attorney David Berman | 0.10 |
| 10/18/2012 | Edit stip of facts | 0.60 |
| 10/18/2012 | Final edits to all motions in limine. | 1.90 |
| 10/18/2012 | Emails from and to Attorney David Berman | 0.10 |
| 10/18/2012 | Research re damage calculation under FLSA | 1.60 |
| 10/19/2012 | Edit stip of facts; Prepare to file; File. | 0.30 |
| 10/19/2012 | Draft jury instructions, voir dire and verdict form. | 3.60 |
| 10/19/2012 | Research re OT rate | 1.30 |
| 10/19/2012 | Emails from and to Attorney David Berman | 0.10 |
| 10/19/2012 | Review returns of service of subpoenas | 0.10 |
| 10/19/2012 | Final edits to all motions in limine; Prepare for filing; File. | 0.50 |
| 10/20/2012 | Meeting with Chao | 2.20 |
| 10/20/2012 | Prepare all photo exhibits | 0.80 |
| 10/20/2012 | Research re ER's failure to keep records. | 1.40 |
| 10/20/2012 | Draft jury instruction re ER's failure to keep records. | 1.10 |
| 10/20/2012 | Text to Chao | 0.10 |
| 10/21/2012 | Meeting with Lin | 2.20 |
| 10/21/2012 | Meeting with Cheah | 1.90 |
| 10/21/2012 | Trial prep: Direct of Tim Lee. | 1.40 |
| 10/21/2012 | Update exhibit list for court | 0.30 |
| 10/21/2012 | Update damage calculations | 0.40 |
| 10/21/2012 | Draft jury instructions, voir dire and verdict form. | 2.30 |
| 10/21/2012 | Review Defs' opp to Plfs' motions in limine | 1.40 |
| 10/21/2012 | Review Defs' MILs | 0.40 |
| 10/21/2012 | Telephone call w/ Attorney David Berman | 0.10 |
| 10/22/2012 | Trial | 4.00 |
| 10/22/2012 | Meeting with plaintiffs | 0.40 |
| 10/22/2012 | Review tax returns produced by accountant in court | 1.20 |
| 10/22/2012 | Meeting with Jeffrey P. Wiesner. | 1.60 |
| 10/22/2012 | Emails from and to clerk | 0.10 |
| 10/22/2012 | Telephone call to Chao | 0.20 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| | | |
|---|---|---|
| 10/22/2012 | Telephone call w/ Tim Lee | 0.20 |
| 10/23/2012 | Meeting with all plaintiffs | 2.80 |
| 10/23/2012 | Trial prep: Direct of Lin. | 2.20 |
| 10/23/2012 | Trial prep: Direct of Tim Lee. | 3.40 |
| 10/23/2012 | Prepare additional trial exhibits; Update for court. | 0.80 |
| 10/23/2012 | Research Q re dischargeability of judgment in bankruptcy. | 1.80 |
| 10/23/2012 | Review Jeffrey P. Wiesner's asset search results | 0.30 |
| 10/23/2012 | Emails from Cheah | 0.20 |
| 10/24/2012 | Trial | 4.00 |
| 10/24/2012 | Trial prep: Tim Lee | 0.90 |
| 10/24/2012 | Trial prep: Direct of Soohoo. | 1.10 |
| 10/24/2012 | Research re applicability of MA min wage | 1.60 |
| 10/24/2012 | Revise verdict form | 0.60 |
| 10/24/2012 | Telephone call to Chao | 0.10 |
| 10/24/2012 | Texts to and from Chao | 0.10 |
| 10/25/2012 | Trial | 4.00 |
| 10/25/2012 | Trial prep: Cross of Joyce Hayes | 3.20 |
| 10/25/2012 | Trial prep: Closing | 2.40 |
| 10/25/2012 | Prepare Ex 26 for court update. | 0.30 |
| 10/25/2012 | Research re liquidated damages | 0.50 |
| 10/25/2012 | Draft jury instructions re wait time and MA min wage for OT calc. | 1.30 |
| 10/25/2012 | Research re compensable time | 0.70 |
| 10/25/2012 | Email from investigator | 0.10 |
| 10/25/2012 | File supplemental jury instructions and revised verdict form | 0.20 |
| 10/25/2012 | Telephone call to Lin | 0.10 |
| 10/25/2012 | Telephone call to Chao | 0.10 |
| 10/25/2012 | Text to Chao | 0.10 |
| 10/26/2012 | Trial | 3.20 |
| 10/26/2012 | Meeting with Jeffrey P. Wiesner. | 1.20 |
| 10/26/2012 | Telephone call from Chao | 0.10 |
| 10/27/2012 | Email from court reporter; Email to. | 0.10 |
| 10/27/2012 | Review trial testimony of Joyce Hayes | 1.90 |
| 10/28/2012 | Trial prep: Closing | 3.60 |
| 10/28/2012 | Telephone call from Chao | 0.10 |
| 10/28/2012 | Text to Chao | 0.10 |
| 10/28/2012 | Text to Lin | 0.10 |
| 10/28/2012 | Text to Giang | 0.10 |
| 10/28/2012 | Texts to and from interpreter | 0.10 |
| 10/29/2012 | Trial prep: Closing | 1.40 |
| 10/29/2012 | Texts to and from interpreter | 0.10 |
| 10/30/2012 | Trial prep: Closing | 1.20 |
| 10/30/2012 | Email from clerk | 0.10 |
| 10/30/2012 | Texts to and from interpreter | 0.10 |

Myong J. Joun
Time Billed
Lin et al v. Chinatown Restaurant Corp., et al, 09-11510-GAO

| | | |
|---|---|---|
| 10/31/2012 | Trial | 3.10 |
| 10/31/2012 | Meeting with plaintiffs to discuss verdict | 1.20 |
| 10/31/2012 | Edit and file 4 motions re attachments. | 0.80 |
| 10/31/2012 | Conference with investigator re asset searches. | 0.30 |
| 10/31/2012 | Telephone call to Chao | 0.10 |
| 10/31/2012 | Telephone call to Cheah | 0.20 |
| 11/01/2012 | Email from investigator re asset searches | 0.10 |
| 11/05/2012 | Review Defs' motion for JNOV | 0.10 |
| 11/06/2012 | Research re opp to Dfs' mo for JNOV | 1.40 |
| 11/06/2012 | Draft opp to Defs' mo for JNOV | 1.30 |
| 11/06/2012 | Email to Attorneys David Berman and Lawrence Siskind | 0.10 |
| 11/07/2012 | Edit Opp to Defs' Motion for JNOV; File. | 0.40 |
| 11/07/2012 | Email from Attorney David Berman | 0.10 |
| 11/07/2012 | Email from Attorney Lawrence Siskind | 0.10 |
| 11/08/2012 | Telephone call from Attorney Bill Moriarty | 0.20 |
| 11/08/2012 | Consult with bankruptcy attorney | 0.70 |
| 11/09/2012 | Review court order re Defs' motion for JNOV | 0.10 |
| 11/13/2012 | Telephone call with Attorney Bill Moriarty | 0.30 |
| 11/14/2012 | Review Defs' Opp to Mo for Writ of Attachment | 0.20 |
| 11/15/2012 | Conference with interpreter re status updates for clients. | 0.30 |
| 11/15/2012 | Review Defendants' additional filings | 0.20 |
| 12/3/2012 | Review Defs' notice of appeal | 0.10 |
| 12/4/2012 | Telephone call from Attorney David Berman | 0.30 |
| 12/4/2012 | Telephone call to interpreter re message to all plaintiffs. | 0.20 |
| 12/07/2012 | Telephone call with Attorney Bill Moriarty | 0.20 |

TOTAL 588.20

trial 167.60