UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JIN MING LIN, CHI WAI CHAO,  )
YOOK THAI CHEAH, MING F. FUNG,  )
MUOI GIANG, YUEN YUE SOOHOO,  )
and MEI ZHI,  )
       Plaintiffs,  )    Civil Action No. 09-11510-GAO
v.  )
CHINATOWN RESTAURANT CORP.,  )
and JOYCE P.Y. HAYES,  )
       Defendants.  )

## SUPPLEMENTAL DECLARATION OF JEFFREY WIESNER

Jeffrey Wiesner states under the penalty of perjury that the following facts are within his knowledge and that he believes them to be true:

1. I am a member of the Bar of the Commonwealth of Massachusetts and counsel to the Plaintiffs in the above-captioned case.

2. I regularly charge clients by the hour for my legal services. My regular hourly rate is $300 per hour.

3. I was counsel for the plaintiff in the case of Fernandes v. JPMorgan Chase & Co., 11-10674-GAO before this court, and I am presently counsel for the plaintiff in O'Brien v. LTI, Inc., 12-11522. Both of these cases involve claims based on the Fair Labor Standards Act.

Signed under the penalty of perjury this 30th day of January 2013.

_____
Jeffrey Wiesner