UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JIN MING LIN, CHI WAI CHAO, YOOK THAI CHEAH, MING F. FUNG, MUOI GIANG, YUEN YUE SOOHOO, | ) ) ) ) ) |  |
| Plaintiffs, | ) | Civil Action No. 09-11510-GAO |
| v. | ) ) |  |
| CHINATOWN RESTAURANT CORP., and JOYCE P.Y. HAYES, | ) ) ) |  |
| Defendants. | ) ) |  |

## AGREEMENT FOR JUDGMENT

TO THE CLERK OF THE ABOVE-NAMED COURT:

The parties having executed the attached Memorandum of Understanding, which is incorporated herein, it is hereby agreed that the following entry may be made in the above-entitled action:

"Judgment for Plaintiffs, in the sum of four hundred and seven thousand seven hundred dollars: seventy seven thousand seven hundred dollars for Plaintiffs (Filed Doc. No. 141) and three hundred and thirty thousand for costs and attorney fees. If the Chinatown restaurant is sold within 6 months, $246,200 ("Satisfaction amount") will be paid from the proceeds of the sale at the closing by bank check to Plaintiffs. Such payment will discharge and satisfy the judgment against the Defendants in full. Plaintiffs' Motion for Attorney Fees and Costs Pursuant to 29 U.S.C. § 216(b) (Filed Doc. No. 155) is MOOT. The parties waive all rights of appeal."

Respectfully submitted,
For Plaintiffs,
By their attorneys,

 /s/ Myong J. Joun
Myong J. Joun
BBO No. 645099
Joun Law Office
491 Massachusetts Ave., Suite 208
Arlington, Massachusetts 02474
Tel.: (617) 304-6186
Fax: (866) 551-4983
Email: mjoun@massrights.com

 /s/ Jeffrey Wiesner
Jeffrey Wiesner
BBO No. 655814
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
Tel.: (617) 742-5800
Fax: (617) 742-5858
Email: jwiesner@sswg.com

**For Defendant Chinatown Restaurant Corp.**,
By their attorney,

 /s/ David Berman
David Berman
BBO No. 040060
100 George P. Hassett Drive
Medford, MA 02155-3297
Tel: (781) 395-7520
Fax: (781) 395-9658
davidberman2@verizon.net

**For Defendant Joyce P.Y. Hayes**,
By her attorney,

 /s/ Lawrence M. Siskind
Lawrence M. Siskind
BBO No. 465180
Siskind & Siskind
360 Belmont Street
Brockton, MA 02301
Tel.: (508) 588-5015
Fax: (508) 588-5019
lawrence@siskindlaw.com

Dated: March 12, 2013

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date: 3/12/2013   /s/Myong J. Joun
                  Myong J. Joun