# United States Court of Appeals
## For the First Circuit

No. 13-1026

JIN-MING LIN, on behalf of himself and on behalf of others similarly situated;
CHI-WAI CHAO, on behalf of himself and on behalf of others similarly situated;
YOOK THAI CHEAH; MING F. FUNG; MUOI GIANG; YUEM YUE SOOHOO

Plaintiffs - Appellees

MEI ZHI  Plaintiff

v.

CHINATOWN RESTAURANT CORPORATION;
JOYCE P.Y. HAYES

Defendants - Appellants

WILLIAM M. WAINWRIGHT

Defendant

**JUDGMENT**

Entered:  March 18, 2013
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Myong J. Joun
David Berman
Lawrence Mathew Siskind