# United States Court of Appeals
## For the First Circuit

No. 13-1026

JIN-MING LIN, on behalf of himself and on behalf of others similarly situated;
CHI-WAI CHAO, on behalf of himself and on behalf of others similarly situated
YOOK THAI CHEAH; MING F. FUNG; MUOI GIANG; YUEM YUE SOOHOO

Plaintiffs - Appellees

MEI ZHI

Plaintiff

v.

CHINATOWN RESTAURANT CORPORATION;
JOYCE P.Y. HAYES

Defendants - Appellants

WILLIAM M. WAINWRIGHT

Defendant

**MANDATE**

Entered: March 18, 2013

In accordance with the judgment of March 18, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
David Berman
Myong J. Joun
Lawrence Mathew Siskind